103 F.3d 112
 Michael Donnelly, Mary Ann Kay, Frank Forte, Leo Steicher,
Paul Guido, Joe Henderson, Anthony Penzaline, Louis Scaff,
Bob McGough, Gerard Scafidi, Frank Ciambotti, Angelo
Paolella, Robert Nemeth, Stephen Tamasello, Frank Scarpelli,
Michael Crilley, Glen Clark, Matt Ferrano, Ed Reeves, Chris
Harvey, Stephen Dzwonczyk, Pat Quinlan, John Nixon, Eugene
Juryn, Fred Defeo, Ed Buckley, Dave Cowell, Larry Skolkin,
Tom McCann, Anthony Bagarczy, Linda Townsend,
 NO. 96-5245
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1996
 
 Appeal From: D.N.J., No. 95-CV-01760,
 Bissell, J.
 
 
 1
 AFFIRMED.